## 17961. FLOURNOY v. HIGHLANDS HOTEL COMPANY.

BELL, J. This was a suit to recover on a stock subscription, and, according to the decision in *Felton* v. *Highlands Hotel Co.*, 165 *Ga.* 598 (14 S. E. 793, 57 A. L. R. 987), the petition affirmatively disclosed such a

state of facts as rendered the subscription voidable under the securities act. Ga. L. 1920, p. 250. It did not appear from the other facts alleged that the defendant should be estopped to assert this defense. See answers to questions certified herein. *Flournoy* v. *Highlands Hotel Co.*, 170 *Ga.* 467 (153 S. E. 26). The superior court erred in not sustaining the general demurrer and dismissing the petition.

*Judgment reversed.* *Jenkins, P. J., and Stephens, J., concur.*

DECIDED MAY 20, 1930.

*John R. L. Smith, Joseph LeC. Smith,* for plaintiff in error.
*M. C. Bennet,* for persons at interest, not parties.
*H. S. Strozier, Brock, Sparks & Russell,* contra.